# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PLUMBERS' LOCAL UNION NO. 690 HEALTH PLAN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 16-665 |
| v. | : | |
| | : | |
| APOTEX CORP., et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _23rd_ day of ___May___, 2017, it is **ORDERED** that:

- Teva Pharmaceutical Industries Ltd.'s Individual Motion to Dismiss for Lack of Personal Jurisdiction and Insufficient Service of Process (ECF No. 211) is **DENIED** without prejudice as to the portion of the motion to dismiss based on insufficient service of process and decision is **RESERVED** as to the portion of the motion to dismiss based on lack of personal jurisdiction.

- Dr. Reddy's Laboratories Limited's Individual Motion to Dismiss for Lack of Personal Jurisdiction and Insufficient Service of Process Pursuant to Rules 12(b)(2) and 12(b)(5) (ECF No. 227) is **DENIED** without prejudice as to the portion of the motion to dismiss based on insufficient service of process and decision is **RESERVED** as to the portion of the motion to dismiss based on lack of personal jurisdiction.

- Defendants Qualitest, Boca Pharmacal, Strativa Pharmaceuticals, and Endo Pharmaceuticals, Inc.'s Motion to Dismiss (ECF No. 242) is **DENIED** without prejudice.

1

It is further **ORDERED** that Plaintiff must properly serve Qualitest, Boca Pharmacal, Strativa Pharmaceuticals, Endo Pharmaceuticals, Inc., Dr. Reddy's Laboratories Ltd., and Teva Pharmaceutical Industries, Ltd. **on or before June 23, 2017**, and must file proof of service within five days of service.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to: